

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00121-CR

TRAY DEON JOHNSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 29904

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellant, Tray Deon Johnson, has filed a motion to dismiss this appeal. The motion was signed by both Johnson and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted:    August 19, 2024
Date Decided:     August 20, 2024

Do Not Publish